Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| JULIA MCFADDEN,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>PERFORMANT RECOVERY, INC.,<br><br>　　　Defendant. | Case No. 1:14-cv-00263-CL<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendant shall be dismissed with prejudice and without attorney fees or costs to either party.

DATED: December 3, 2014

TRIGSTED LAW GROUP, P.C.                         COSGRAVE VERGEER KESTER LLP


/s/ Joshua Trigsted                                            /s/ Robert E. Sabido
Joshua Trigsted, OSB No. 065316              Robert E. Sabido, OSB No. 964168
Attorneys for Plaintiff                                     Attorneys for Defendant

/ / /

/ / /

/ / /

Page 1 -  **STIPULATED JUDGMENT OF DISMISSAL**

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
(503) 323-9000

2136074

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiff's claims against defendant are dismissed with prejudice and without attorney fees or costs to either party.

DATED: 1/15, 2015

Mark D. Clarke
United States Magistrate Judge

Page 2 - **STIPULATED JUDGMENT OF DISMISSAL**

2136074

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **STIPULATED JUDGMENT OF DISMISSAL** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035
    Attorneys for Plaintiff

DATED: December 3, 2014

/s/ Robert E. Sabido
Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

2136074